EXHIBIT A

1

2   RICHARD ALEXANDER, Cal. Bar #48432
JEFFREY W/ RICKARD, Cal. Bar #125180

3   RYAN M. HAGAN, Cal Bar #200850
ALEXANDER, HAWES & AUDET, LLP

4   152 North Third Street, Suite 600
San Jose, CA 95112

5   Telephone:  (408) 289-1776
Facsimile:  (408) 287-1776

6   **Attorneys for Plaintiff(s)**

7   RANDALL C. CREECH, Cal. Bar #65542
CREECH, LIEBOW & KRAUS

8   333 West San Carlos Street
Suite 1600

9   San Jose, CA  95110
Telephone:  (408) 993-9911

10  Facsimile:  (408) 993-1335

11

12  THOMAS M. CARNEY, admitted *pro hac vice*
CAROL A. RUTTER, admitted *pro hac vice*

13  HUSCH & EPPENBERGER, LLC
190 Carondelet Plaza, Suite 600

14  St. Louis, MO  63105-3441
Telephone:  (314) 480-1500

15  Facsimile:  (314) 480-1505
**Attorneys for Defendant Olin Corporation**

16           UNITED STATES DISTRICT COURT

17  NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

18  MICHAEL SAPIENZA AND     )   Case No.:  C 03-01671 RMW
ELIZABETH SAPIENZA ,      )

19                     )   **STIPULATION FOR DISMISSAL WITH**
                     )   **PREJUDICE OF DEFENDANT OLIN**

20       Plaintiffs,     )   **CORPORATION BY PLAINTIFFS**
                     )   **MICHAEL SAPIENZA AND**

21  v.                       )   **ELIZABETH SAPIENZA**
                     )

22  OLIN CORPORATION, et al.,    )
                     )

23       Defendants.    )
                     )

24

25

26       Pursuant to Fed.R.Civ.P. 41(a)(2), Plaintiffs Michael Sapienza and Elizabeth

27  Sapienza  and Defendant Olin Corporation hereby request that this Court, pursuant to Fed.

28  R. Civ. P. 41(a)(2), enter an Order dismissing with prejudice all claims asserted by Plaintiffs

1   Michael Sapienza and Elizabeth Sapienza  as to defendant Olin Corporation. All parties to

2   bear their own costs and legal fees incurred to date in this action.

3   Dated: 8/4/05

4

5                                              Respectfully submitted,

6

7                                              ALEXANDER, HAWES & AUDET, LLP

8                                              By:

9                                                   RICHARD D ALEXANDER, Cal. Bar #48432
                                                    JEFFREY W/ RICKARD, Cal. Bar #125180
10                                                  RYAN M. HAGAN, Cal Bar #200850
                                                    152 North Third Street, Suite 600
11                                                  San Jose, CA 95112
                                                    Telephone:  (408) 289-1776
12                                                  Facsimile:  (408) 287-1776

13                                             Attorneys for Plaintiffs Michael Sapienza and Elizabeth
                                               Sapienza
14

15                                             HUSCH & EPPENBERGER, LLC

16

17                                             By:    /s/ Carol A. Rutter
                                                    THOMAS M. CARNEY, admitted *pro hac vice*
18                                                  CAROL A. RUTTER, admitted *pro hac vice*
                                                    190 Carondelet Plaza, Suite 600
19                                                  St. Louis, MO  63105-3441
                                                    Telephone:  (314) 480-1500
20                                                  Facsimile:  (314) 480-1505

21                                                  RANDALL C. CREECH, Cal. Bar #65542
                                                    CREECH, LIEBOW & KRAUS
22                                                  333 West San Carlos Street
                                                    Suite 1600
23                                                  San Jose, CA  95110
                                                    Telephone:  (408) 993-9911
24                                                  Facsimile:  (408) 993-1335

25                                             Attorneys for Defendant Olin Corporation

26

27

28

2057218.01
**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs
Michael Sapienza and Elizabeth Sapienza  - 2**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL SAPIENZA AND ELIZABETH SAPIENZA , ) | Case No.: C 03-01671 RMW |
| ) | **ORDER DISMISSING WITH** |
| Plaintiffs, ) | **PREJUDICE DEFENDANT OLIN** |
| ) | **CORPORATION BY PLAINTIFFS** |
| v. ) | **MICHAEL SAPIENZA AND** |
| ) | **ELIZABETH SAPIENZA** |
| OLIN CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |

THIS MATTER coming on the motion of Plaintiffs Michael Sapienza and Elizabeth Sapienza and Defendant Olin Corporation, for an order of dismissal with prejudice against the defendant OLIN CORPORATION, pursuant to Fed. R. Civ. P. 41(a)(2):

IT IS HEREBY ORDERED

Plaintiffs Michael Sapienza and Elizabeth Sapienza 's claims against Defendant Olin Corporation are dismissed with prejudice, pursuant to Fed. R. Civ. Pro. 41(a)(2). Each party shall bear their own costs and legal fees incurred to date in this action.

SO ORDERED:

AUG 1 1 2005   *Ronald m. whyte*